UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:14 CR250 (JBA) |
| | : | |
| v. | : | |
| | : | October 16, 2015 |
| DAVID C. JACKSON | : | |
| ALEX HURT | : | |

## Government's Motion For Permission to File Response to Defendants' Motions to Judgment of Acquittal and for New Trial on or Before November 13, 2015

The United States respectively moves that the Court permit the Government to file a consolidated response to the defendants' motions for a Judgment of Acquittal and New Trial on or before November 13, 2015.

On or about September 29, 2015, the defendants were convicted by a jury on all counts of the indictment in which they were charged. The Court has scheduled Jackson's sentencing for January 4, 2015 and Hurt's sentencing for January 5, 2015.[1]

On October 12, 2015, defendant Jackson filed a motion for a judgment of acquittal under Fed. R. Crim. P. 29, as to Counts One through Ten of the Indictment. (Doc. No. 163). In that motion, he claims that a judgment of acquittal should be entered due to the insufficiency of evidence of his fraudulent intent. On October 14, 2015, Jackson filed a motion for a new trial pursuant to under Fed. R. Crim. P. 33, claiming that the Court erred in denying his motion for severance and in admitting certain evidence pursuant to Fed. R. Evid. 404, specifically, evidence of his criminal conviction and transcripts reflecting that he had not filed tax returns. (Doc. No. 166).

---

[1] Hurt has filed a motion to continue the disclosure dates and sentencing. (Doc. 164).

On October 13, 2015, defendant Hurt filed a motion for a judgment of acquittal under Rule 29 as to Count 11 (charging him with making a false statement), and for a new trial under Rule 33, claiming that this Court had erred in denying his motion to sever his case from that of his codefendant. (Doc. 165).

The Government requests that it be permitted to file a consolidated response to the defendants' motions on or before November 13 2015.

Counsel for both defendants do not object to the Government's request.

        Respectfully Submitted,
        DEIRDRE M. DALY
        UNITED STATES ATTORNEY

            /s/

        ANTHONY E. KAPLAN
        Federal Bar Number ct08083
        157 Church Street, 25th Floor
        New Haven, CT 06510
        Tel. (203) 821-3700

## C E R T I F I C A T I O N

       I hereby certify that on October 16, 2015 the foregoing Motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                    /s/
                         ANTHONY E. KAPLAN
                         ASSISTANT UNITED STATES ATTORNEY