UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                    NO. 3:14cr250 (JBA)

VS.

ALEX HURT                                   JUNE 1, 2016

## MOTION TO EXTEND SURRENDER DATE

The defendant moves that his self-surrender date presently set for June 14, 2016 be

extended until July 20, 2016.  The reason for this request is that his oldest son is presently in the

military and stationed at Great Lakes Naval Station.  He is moving to a permanent station at

Virginia Beach in early July and the defendant would like the opportunity to meet with him and

say good bye before he is incarcerated.

The undersigned has requested consent from Assistant U.S. Attorney Tony Kaplan and

Assistant U.S. Attorney Mike McGarry but has not received any response.

Respectfully submitted,
ALEX HURT

/s/ *Jonathan J. Einhorn*

JONATHAN J. EINHORN
129 WHITNEY AVENUE
NEW HAVEN, CT. 06510
203-777-3777/Fed. Bar No. ct00163

CERTIFICATION

I hereby certify that on this 1st day of June, 2016, a copy of the foregoing Motion was
filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of
this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system
or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic
Filing.  Parties may access this filing through the Courts CM/ECF System.

/s/ *Jonathan J. Einhorn*
JONATHAN J. EINHORN