UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**

v.  Criminal No: 3:14 CR 250-2 (JBA)

**ALEX HURT**

ENDORSEMENT ORDER

The defendant's motion for to Extend Surrender Date from June 14, 2016 to July 20, 2016 [Doc. No. 218] for the reason as set forth in his motion, and absent objection, is Granted.

IT IS SO ORDERED.

/s/ Janet Bond Arterton
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: June      , 2016