UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:14cr250 (JBA) |
| VS. | |
| ALEX HURT | AUGUST 2, 2018 |

**MOTION TO COMPEL**

      The defendant Alex Hurt moves that the Court compel the Court Reporter to provide trial transcripts from his trial and sentencing. To date the Court Reporter has provided five (5) of eleven (11) transcripts and the transcripts of September 22, 2015, September 24, 2015, September 25, 2015, September 28, 2015, September 29, 2015 and March 18, 2016 have not been received. Some of the missing transcripts are nearly three (3) years old, and defendant's appeal is stalled until these transcripts can be provided.

      The defendant was sentenced to a term of imprisonment of five (5) years which began on August 1, 2016, and he has now served more than half of the sentence without the ability to pursue an appeal. Counsel has made numerous efforts to obtain the voluntary completion of these transcripts, as has the Clerk's Office for the U.S. Court of Appeals for the Second Circuit, but to date these ancient transcripts have yet to be completed and the defendant is seriously prejudiced by this delay

      Wherefore the defendant moves for an order compelling the Court Reporter to complete

the balance of the transcripts by September 1, 2018.

                                          Respectfully Submitted

                                          **THE DEFENDANT**

                                          */s/ Jonathan J. Einhorn*
                                          JONATHAN J. EINHORN
                                          129 WHITNEY AVENUE
                                          NEW HAVEN, CT 06510
                                          FEDERAL BAR ct00163
                                          EINHORNLAWOFFICE@GMAIL.COM
                                          203-777-3777

                                          CERTIFICATION

     I hereby certify that on this 2nd day of August, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Courts CM/ECF System.

                                          /s/ *Jonathan J. Einhorn*
                                          JONATHAN J. EINHORN